# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3787

_____

Daniel R. Baird,                                            *
                                                            *
              Appellant,                                    *
                                                            *   Appeal from the United States
        v.                                                  *   District Court for the
                                                            *   District of Minnesota.
Burlington Northern Santa Fe;                               *
Brotherhood of Locomotive Engineers                         *   [UNPUBLISHED]
Teamsters Division 202,                                     *
                                                            *
              Appellees.                                    *

_____

Submitted: June 4, 2010
Filed:   June 21, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Daniel R. Baird appeals the district court's[1] dismissal of his civil action. Upon de novo review, see Meyer v. City of Joplin, 281 F.3d 759, 760 (per curiam) (8th Cir. 2002), we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.